**FILED**

05/31/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0131

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0131

STATE OF MONTANA,

     Plaintiff and Appellee,

vs.                                    ORDER DISMISSING APPEAL

JAMES LANI KUA KAA PANO MASON,

     Defendant and Appellant.

Pursuant to motion of James Lani Kua Kaa Pano Mason, the Appellant above-named;

IT IS THEREFORE ORDERED this appeal is hereby **dismissed.**

**\*\*ELECTRONICALLY SIGNED AND DATED BELOW\*\***

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 31 2024